AO 442 (Rev. 5/93) Warrant for Arrest

## United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

V.

Ronald Lee Hines          CR 07-645 MMC

**WARRANT FOR ARREST**

**FILED**
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Ronald Lee Hines</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin,possession with intent to distribute and distribution of heroin

in violation of Title   <u>See above</u>   United States Code, Section(s) __

_____
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

San Francisco 10/11/07
Date and Location

Bail fixed at $ <u>no bail</u>  by  <u>Edward Chen, U.S. Magistrate Judge</u>
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 158 Viking Wy, Antioch, CA |

| Date received 10/12/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/07 | Carl Bonner, DEA | Carl Bonner |