| | |
|---|---|
| 1 | GEOFFREY ROTWEIN, ESQ. (CA SBN 58176) |
| | 400 Montgomery Street, Second Floor |
| 2 | San Francisco, California 94104 |
| | Facsimile: (415) 397-0862 |
| 3 | Telephone: (415) 397-0860 |
| 4 | Attorney for Defendant |
| | RONALD LEE HINES |

FILED
07 NOV -9 PM 3: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-0645 MMC |
|---|---|
| Plaintiff, | ) **NOTICE OF APPEAL** |
| | ) **OF DETENTION ORDER** |
| vs. | ) |
| | ) DATE: November 28, 2007 |
| RONALD LEE HINES, et al, | ) TIME: 2:00 p.m. |
| | ) CTRM: 7, 19th Floor; |
| Defendants. | ) Hon. Maxine M. Chesney |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that defendant Ronald Lee Hines hereby appeals from the Detention Order issued by Hon. Bernard Zimmerman, and filed on November 6, 2007, under 18 U.S.C. §§ 3142, 3145.

Defendant will base said appeal on this Notice, the records on file herein and such other pleadings, evidence and materials submitted prior to and at the hearing.

DATED: November 9, 2007

GEOFFREY ROTWEIN
Attorney for Defendant
RONALD LEE HINES

NOTICE OF APPEAL
OF DETENTION ORDER

**CERTIFICATE OF SERVICE**

I, GEOFFREY ROTWEIN, declare under penalty of perjury that on the below-indicated date, I served the foregoing document, by depositing a true copy thereof in the mail at San Francisco, California, enclosed in a sealed envelope with postage fully prepaid, addressed as follows:

Barbara Solano, Esq.
Kirstin Ault, Esq.
Assistant United States Attorneys
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

I am not a party to this action, am over 18 years of age and am the attorney for defendant Ronald Lee Hines herein. I am readily familiar with the Firm's practice of collection and processing of correspondence for mailing. It is deposited in the United States postal service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date is more than 1 day after the date of deposit for mailing in the affidavit.

Executed in San Francisco, California on November 9, 2007.

GEOFFREY ROTWEIN