UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: NOV 28 2007

Case No. CR-07-0645 MMC            JUDGE:  Maxine M. Chesney

Ronald Lee Hines                    Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

Barbara Silano                      Geoffrey Rotwein
U.S. ATTORNEY                       ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO          Reporter: Catherine Edwards

**PROCEEDINGS**

REASON FOR HEARING    ∆'s Appeal of Magistrate's ~~court~~ Detention Order.

RESULT OF HEARING     Hearing continued one week by Request of ∆'s Counsel.

Pretrial Services Officer - Brad Wilson

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to 12/5/08 @ 2:30 for Hearing on ∆'s Appeal of Magistrate's Detention Order

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____