UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES



Date: DEC - 5 2007

Case No. CR-07-0645 MMC

JUDGE: Maxine M. Chesney

RONALD LEE HINES
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

BARBARA SILANO
U.S. ATTORNEY

GEOFFREY ROTWEIN
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: MARGO GURULE

### PROCEEDINGS

REASON FOR HEARING  Δ's APPEAL of MAGISTRATE'S DETENTION ORDER

RESULT OF HEARING  FOR the REASONS STATED ON the RECORD - THE Court DENIES Δ's APPEAL of MAGISTRATE'S DETENTION ORDER.

PRETRIAL SERVICES OFFICER - BRAD WILSON

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____