1  IAN G. LOVESETH
   Attorney at Law (CSBN 085780)
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )    No. CR-07-00645-MMC
10                             )
                               )
11         Plaintiff,          )    **EX PARTE APPLICATION TO PERMIT**
                               )    **DEFENDANTS IN CUSTODY TO REVIEW**
12                             )    **DISCOVERY ON MP3 MACHINES;**
                               )    **PROPOSED ORDERS**
13                             )
   RONALD WILLIAMS, et al,     )    _____
14                             )
                               )
15         Defendants.         )
   _____)
16

17
   Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants
18
   and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to
19
   review discovery on an MP3 machine. This application is based on the files and records in this
20
   case and the accompanying declaration of counsel.
21

22

23
   DATED: March 10, 2008                            /s/ Ian Loveseth
24                                                  IAN LOVESETH
                                                    Counsel for Defendant
25                                                  SARAH A. ROPATI

26

27

28

                                                                                                    1

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

2

1 | IAN G. LOVESETH (CSBN 085780)
Attorney at Law
2 | 819 Eddy Street
San Francisco, CA
3 | Tel: (415) 771-6174
Fax: (415) 474-3748
4
Attorney for Defendant
5 | SARAH A ROPATI

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8 SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING |
| ) | DEFENDANTS TO USE MP3 |
| ) | AUDIO PLAYERS TO REVIEW |
| ) | DISCOVERY AT SANTA RITA JAIL |
| v. ) | |
| ) | |
| RONALD WILLIAMS, et.al., ) | |
| ) | The Honorable Maxine M. Chesney |
| ) | |
| Defendants. ) | |
| _____ ) | |

///

Proposed Order MP3 Player Santa Rita                                                                                    1

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail;

BARRY LYNN SAMUEL,

ELEAZOR MORA-ARCIGA,

SALVADOR ORTEGA,

ERIKA MANZO,

JAVIER ULISES ZAMORA-HERNANDEZ,

ALFREDO GONZALEZ GOVEA,

CESAR RAMIREZ-CHAVIRA,

MIGUEL RAMIREZ.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Proposed Order MP3 Player Santa Rita                                                                  2

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )   No. CR-07-00645-MMC
10                             )
                               )
11       Plaintiff,            )   [PROPOSED] ORDER PERMITTING
                               )   DEFENDANTS TO USE MP3
12                             )   AUDIO PLAYERS TO REVIEW
                               )   DISCOVERY AT GLENN DYER
13  v.                         )   DETENTION FACILITY
                               )
14  RONALD WILLIAMS, et.al.,   )
                               )   The Honorable Maxine M. Chesney
15                             )
         Defendants.           )
16  _____)

17

18

19

20

21

22

23

24

25

26

27
   ///
28

   Proposed Order MP3 Player Glenn Dyer                                    1

1 | Finding good cause shown, as discovery has been provided in digital audio format:

2 | IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3
3 | player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North
4 | County);

5 | RONALD WILLIAMS,

6 | JOSE JUAN PENALOZA-HILARIO,

7 | SAMUEL ARANDA,

8 | MICHAEL JOSEPH SILVA,

9 | RONALD LEE HINES,

10 | JOSE ANTONIO CAMACHO-MENDEZ,

11 | EDWARD LEROY MOORE.

13 | IT IS SO ORDERED.

15 | Dated: _____

16 | THE HONORABLE MAXINE M. CHESNEY
United States District Judge