UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: MAY 14 [2008]

Case No. CR-07-0645-10 MMC         JUDGE: **Maxine M. Chesney**

Ronald Lee Hines
DEFENDANT                         Present (✓) Not Present ( ) In Custody (✓)

_Coleman Persino_                _Geoffrey Rotwein_
U.S. ATTORNEY                    ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**     Reporter: _Joan [illegible]_

## PROCEEDINGS

REASON FOR HEARING   Change of Plea Held.

RESULT OF HEARING    Plea Agreement filed w/ Court.
                     Δ pled guilty to Count Six
                     of Indictment.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 9/17/08 @ 2:30 for Judgment & Sentencing
                     / Gov't's motion to Dismiss Remaining Counts

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____